**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
JOCELYN MCLEAN,               :

        Plaintiff,      :

                               Civil Action No.: 3:22cv33-DPJ-FKB

        v.           :

FORMER MISSISSIPPI DEPUTY CHIEF   :
MEDICAL EXAMINER J. BRENT DAVIS,
M.D.; FORMER MISSISSIPPI CHIEF      :
MEDICAL EXAMINER MARK
LEVAUGHN, M.D.; FORMER MISSISSIPPI  :
DEPUTY MEDICAL EXAMINER LIAM
FUNTE, M.D., PH.D. (f/k/a LISA FUNTE);   :
TALLAHATCHIE COUNTY CORONER
GINGER MERIWETHER; TALLAHATCHIE
COUNTY, MISSISSIPPI; AND MISSISSIPPI
BUREAU OF INVESTIGATION SPECIAL
AGENT JOSEPH MAUNEY,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT J. BRENT DAVIS M.D.'S MOTION TO RECONSIDER DENIAL OF QUALIFIED IMMUNITY ON PLAINTIFF'S FOURTEENTH AMENDMENT § 1983 CLAIM PREMISED ON RECKLESSNESS**

Pursuant to the Clerk's Notice dated March 1, 2023, and L.U.Civ.R. 7(b)(3) and 7(b)(4), Plaintiff respectfully submits this Response in Opposition to Defendant J. Brent Davis M.D.'s Motion to Reconsider Denial of Qualified Immunity on Plaintiff's Fourteenth Amendment § 1983 Claim Premised on Recklessness (Dkt. Nos. 51, 52). For the reasons discussed more fully in Plaintiff's response memorandum brief, Davis has failed to satisfy the exacting standards for reconsideration of the Court's February 9 Order (Dkt. No. 50). In support of this response, Plaintiff relies upon the separately filed supporting memorandum brief, Exhibit A (a true and correct copy of the papers submitted as Docket No. 25 in *Cousins v. Small, et al.*, Civil Action No. 00-0069 (E.D. La. Jan. 16, 2001) and Exhibit B (a true and correct copy of the papers submitted as Docket No. 37 in *Templeton v. Jaramillo et al.*, Civil Action No. 1:19-cv-848 (W.D. Tex. May 26, 2020).

| | |
|---|---|
| DATED: March 2, 2023 | Respectfully submitted, |
| | s/ *Edward L. Tulin* |

Peter J. Neufeld (*pro hac vice*)
Vanessa C. Potkin (*pro hac vice*)
M. Christopher Fabricant (*pro hac vice*)
Innocence Project
40 Worth Street, Suite 701
New York, NY 10013
(212) 364-5340
pneufeld@innocenceproject.org
vpotkin@innocenceproject.org
cfabricant@innocenceproject.org

Edward L. Tulin (*pro hac vice*)
Gish PLLC
41 Madison Ave., 31st Flr.
New York, NY 10010
Tel: (212) 518-2332
edward@gishpllc.com

Maura Barry Grinalds (*pro hac vice*)
One Manhattan West
New York, NY 10001
MauraBarry.Grinalds@probonolaw.com

Robert B. McDuff
Miss. Bar No. 2532
767 North Congress Street
Jackson, MS 39202
(601) 259-8484
rbm@mcdufflaw.com

Tara Lang
T & G Lang Law Firm LLC
306 N. Market Street
Charleston, MS 38921
(662) 783-5017
taralang@tglanglaw.com

Paloma Wu
Miss. Bar No. 105464
Mississippi Center for Justice
5 Old River Pl., Ste. 203
Jackson, MS 39202
(601) 709-0857
pwu@mscenterforjustice.org

*Counsel for Plaintiff Jocelyn McLean*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

Dated: March 2, 2023

                                                   s/ *Edward L. Tulin*
                                                   Edward L. Tulin