**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOCELYN MCLEAN**                                                                        **PLAINTIFF**

**VS.**                       **CIVIL ACTION NO. 22-cv-00033-DPJ-FKB**

**FORMER MISSISSIPPI DEPUTY CHIEF
MEDICAL EXAMINER J. BRENT DAVIS,
M.D., ET AL.**       **DEFENDANTS**

### ENTRY OF APPEARANCE

Wilson Minor, Special Assistant Attorney General for the State of Mississippi, hereby files his Entry of Appearance as counsel of record for Defendant Lt. Joey Mauney, in his individual capacity.

THIS the 7th day of June, 2023.

                                                  Respectfully submitted,

                                                  LIEUTENANT JOEY MAUNEY, DEFENDANT

                                                  By:    LYNN FITCH, ATTORNEY GENERAL
                                                                       STATE OF MISSISSIPPI

                                                  By:    s/Wilson D. Minor
                                                                       WILSON D. MINOR (MSB #102663)
                                                                       Special Assistant Attorney General

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi 39205-0220
Tel.: (601) 359-6279
Fax: (601) 359-2003
wilson.minor@ago.ms.gov

## **CERTIFICATE OF SERVICE**

I, Wilson D. Minor, Special Assistant Attorney General, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF filing system, which sent notification of such filing to all counsel of record.

THIS the 7th day of June, 2023.

s/Wilson D. Minor
Wilson D. Minor
