## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JOCELYN MCLEAN**                                                                          **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 3:22cv33-MPM-JMV**

**FORMER MISSISSIPPI DEPUTY CHIEF**
**MEDICAL EXAMINER J. BRENT DAVIS,**
**M.D.; FORMER MISSISSIPPI CHIEF**
**MEDICAL EXAMINER LIAM FUNTE, M.D.,**
**PH.D (f/k/a LISA FUNTE); TALLAHATCHIE**
**COUNTY CORONER GINGER MERIWETHER;**
**TALLAHATCHIE COUNTY, MISSISSIPPI; AND**
**MISSISIPPI BUREAU OF INVESTIGATION**
**SPECIAL AGENT JOSEPH MAUNEY**                                     **DEFENDANTS**

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE DEFENDANTS GINGER MERIWETHER AND TALLAHATCHIE COUNTY

COMES NOW Ginger Meriwether and Tallahatchie County, Mississippi, by and through

counsel, and moves the Court to enter its Final Judgment dismissing the Complaint herein, in all

of its amended forms, as against Ginger Meriwether and Tallahatchie County, Mississippi, and in

support thereof shows unto the Court as follows, to-wit:

1.  All matters heretofore in controversy between Ginger Meriwether, Tallahatchie

County, Mississippi, and Plaintiff have been finally resolved.

2.  There is no just cause for delay in the entry of Final Judgment with prejudicial

dismissal of the Complaint as against Ginger Meriwether and Tallahatchie County, Mississippi.

This dismissal will be as to those defendants only and not to the remaining defendants.

3.  Said Final Judgment should be certified as final under Rule 54(b) of the Federal Rules

of Civil Procedure for all purposes, including appeal.

4.  There is no opposition to this motion or the relief sought therein.

WHEREFORE, PREMISES CONSIDERED, Defendants Ginger Meriwether and Tallahatchie County, Mississippi, move the Court for its Final Judgment dismissing the Complaint in all of its particulars with prejudice as to these defendants only, finding no just cause for delay in the entry of Final Judgment certified as final under Rule 54(b) of the Federal Rules of Civil Procedure for all purposes, including appeal, each party to bear their own costs.

THIS the 7th day of July, 2023.

Respectfully submitted,

Tallahatchie County Coroner Ginger Meriwether and Tallahatchie County, Mississippi
Defendants

By: */s/ Robert J. Dambrino III*
Robert J. Dambrino III (MB#5783)
Attorney for Defendants

Of Counsel:

GORE, KILPATRICK & DAMBRINO PLLC
Attorneys at Law
P.O. Box 901
Grenada, MS 38902-0901
Ph.     662.226.1891
Fx.     662.226.2237
Eml.    rdambrino@gorekilpatrick.com

## CERTIFICATE OF SERVICE

I, the undersigned Robert J. Dambrino III, one of the attorneys for Defendants, Tallahatchie County Coroner Ginger Meriwether and Tallahatchie County, Mississippi, do hereby certify that I have this day served all counsel of record in this case by forwarding the same electronically via ECF, which sent such notification to all counsel of record herein.

This the 7th day of July, 2023.

/s/*Robert J. Dambrino III*

Robert J. Dambrino III  (MB# 5783)