UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOCELYN MCLEAN                                                                                           PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:22-CV-33-DPJ-FKB

FORMER MISSISSIPPI DEPUTY CHIEF                                                               DEFENDANTS
MEDICAL EXAMINER
J. BRENT DAVIS, M.D., ET AL.

ORDER OF DISMISSAL AND FINAL JUDGMENT

This case is before the Court on the Unopposed Motion to Dismiss [58] of Defendants Ginger Meriwether and Tallahatchie County, Mississippi. That motion asks the Court to enter final judgment dismissing all claims against Defendants Meriwether and Tallahatchie County, but not against the other defendants, with prejudice.

Because Plaintiff and these Defendants have resolved all matters in controversy, and the motion is unopposed, the Court finds that the motion should be granted. Accordingly, dismissal with prejudice is entered as to Defendants Meriwether and Tallahatchie County. This judgment is entered under Federal Rule of Civil Procedure 54(b) for all purposes, including appeal, with each party to bear their own costs.

**SO ORDERED AND ADJUDGED** this the 12th day of July, 2023.

                                                                            s/ *Daniel P. Jordan III*
                                                                            CHIEF UNITED STATES DISTRICT JUDGE