# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JOCELYN MCLEAN**      **PLAINTIFF**

**VS.**      **CIVIL ACTION NO. 22-cv-00033-DPJ-FKB**

**FORMER MISSISSIPPI DEPUTY CHIEF**
**MEDICAL EXAMINER J. BRENT DAVIS,**
**M.D.; FORMER MISSISSIPPI CHIEF**
**MEDICAL EXAMINER MARK**
**LEVAUGHN, M.D.; FORMER MISSISSIPPI**
**DEPUTY MEDICAL EXAMINER LIAM**
**FUNTE, M.D., PH.D. (f/k/a LISA FUNTE);**
**TALLAHATCHIE COUNTY CORONER**
**GINGER MERIWETHER; TALLAHATCHIE**
**COUNTY, MISSISSIPPI; AND MISSISSIPPI**
**BUREAU OF INVESTIGATION SPECIAL**
**AGENT JOSEPH MAUNEY**      **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Jocelyn McLean ("Plaintiff"), and Defendants J. Brent Davis, M.D., Mark LeVaughn, M.D., Liam Funte, M.D., Ph.D. (f/k/a Lisa Funte), and Special Agent Joseph Mauney (collectively "Defendants"), all other defendants having previously been dismissed with prejudice [Dkt. #59], there being no other parties who have appeared in the above-styled and numbered cause, and all matters having been resolved, pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, hereby agree and stipulate that the Complaint [Dkt. #1] filed by Plaintiff against Defendants, as well as all claims asserted and which could have been asserted in the premises by Plaintiff against Defendants, or any of them, as well as the above-styled and numbered cause in its entirety, are hereby **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorneys' fees.

(continued from page 1 of *Stipulation of Dismissal With Prejudice*)

**SO STIPULATED AND AGREED**, this the 30th day of May, 2024.

s/Tara L. Lang
ROBERT B. MCDUFF (MSB #2532)
TARA L. LANG (MSB #10726)
ATTORNEYS FOR PLAINTIFF


s/Rex M. Shannon III
REX M. SHANNON III (MSB #102974)
Special Assistant Attorney General
ATTORNEY FOR DEFENDANT J. BRENT DAVIS, M.D.


s/J. Chadwick Williams
J. CHADWICK WILLIAMS (MSB #102158)
Chief Counsel, Mississippi Department of Public Safety
ATTORNEY FOR DEFENDANT MARK LEVAUGHN, M.D.


s/Gerald L. Kucia
GERALD L. KUCIA (MSB #8716)
Special Assistant Attorney General
ATTORNEY FOR DEFENDANT LIAM FUNTE, M.D., PH.D. (F/K/A LISA FUNTE)


s/Wilson D. Minor
WILSON D. MINOR (MSB #102663)
Special Assistant Attorney General
ATTORNEY FOR DEFENDANT SPECIAL AGENT JOSEPH MAUNEY